IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02407-PSF-CBS

NAPOLEON H. RUSS,
    Plaintiff,
v.

ROBERT INHOFF, C.O.,
NANCY WITT,
RENE BEBOUT,
JANICE BAKER,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Plaintiff Russ' "Motion: Deny Motion to Dismiss Plaintiff's Complaint" (filed March 5, 2007) (doc. # 18); and (2) Plaintiff Russ' "Motion: Withdraw Motion to Deny" (filed March 5, 2007) (doc. # 21). Pursuant to the Order of Reference dated January 9, 2007 (doc. # 10) and the memoranda dated March 6, 2007 (doc. # 20) and March 7, 2007 (doc. # 22), these matters were referred to the Magistrate Judge. The court having reviewed Plaintiff Russ' motions, the entire case file and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff Russ' "Motion: Withdraw Motion to Deny" (filed March 5, 2007) (doc. # 21) is GRANTED and Plaintiff Russ' "Motion: Deny Motion to Dismiss Plaintiff's Complaint" (filed March 5, 2007) (doc. # 18) is WITHDRAWN.

2.     The court may not "clarify filing date" for Plaintiff Russ at this time.  If Defendants file a motion to dismiss, Plaintiff Russ will have an opportunity to respond to such motion in accordance with the Local Rules of Practice of the United States District Court for the District of Colorado.

DATED at Denver, Colorado, this 7th day of March, 2007.

BY THE COURT:

   s/Craig B. Shaffer     
United States Magistrate Judge