**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-02407-PSF-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 26, 2007** | **Courtroom Deputy:** Ben Van Dyke |

NAPOLEON H. RUSS,                                              Pro se

    **Plaintiff,**

v.

ROBERT INHOFF, C.O., *et al.*,                              Paul D. Godec

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:        9:48 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

Counsel and plaintiff discuss the status of the case with the Court.

**ORDERED:**   The Motion: Clarify Filing of Complaint [filed March 8, 2007; doc. 24] is denied without prejudice as moot.

**ORDERED:**   The Motion and Order: Deny Motion to Dismiss Plaintiff's Complaint, Motion to Amend Service to Employers [filed March 19, 2007; doc. 29] is denied for the reasons stated on the record.

**ORDERED:**   Plaintiff may file a Motion to File Amended Complaint on or before April 9, 2007.

**ORDERED:**   Defendants' oral motion to withdraw the Motion and Brief to Dismiss Plaintiff's Complaint without prejudice is granted. The Motion and Brief to Dismiss Plaintiff's Complaint [filed March 16, 2007; doc. 26] is hereby withdrawn without prejudice.

HEARING CONCLUDED.

**Court in Recess:        10:23 a.m.**
Total In-Court Time:     00:35