## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-02407-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 7, 2007** | **Courtroom Deputy:** Ben Van Dyke |

NAPOLEON H. RUSS,                                    Pro se

    **Plaintiff,**

v.

ROBERT INHOFF, C.O., *et al.,*                        Paul D. Godec

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 10:47 a.m.
Court calls case. Appearances of defense counsel and pro se plaintiff.

**ORDERED:** The Motion for Enlargement of Time to Respond to Plaintiff's Motion for Leave to Amend Title VII Complaint [filed April 30, 2007; doc. 35] is granted for the reasons stated on the record.

**ORDERED:** The Motion/Pleading: Rule 15: Leave and Amend: Rule 15(a) of the Civil Procedures: Amendment Service to the Employer [filed April 6, 2007; doc. 32] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion/Pleading: Rule 15: Leave and Amend: Rule 15(a) of the Civil Procedures: Amend Filing Title VII to Employer [filed April 6, 2007; doc. 33] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion: "Stay" Pursuant of Rule 15: Leave to Amend, and Rule 15(c) Relate Back to Initial Complaint [filed May 22, 2007; doc. 43] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion: "Stay" Pursuant of Rule 15: Leave to Amend, and Rule 15(c) Relate Back to Initial Complaint <u>Revised</u> [filed May 22, 2007; doc. 44] is denied without prejudice for the reasons stated on the record.

**ORDERED:  Plaintiff may file a final motion for leave to amend the complaint, and plaintiff shall attach a copy of the proposed amended complaint to the motion for leave to amend the complaint.**

HEARING CONCLUDED.

**Court in Recess:      12:01 p.m.**
Total In-Court Time:     01:14