FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 - 2007

GREGO... ...NGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02407-PSF-CBS

NAPOLEON H. RUSS,
    Plaintiff,
v.

BAPTIST HOMES ASSOCIATION OF THE ROCKY MOUNTAINS, INC., and
MOUNTAIN VISTA HEALTH CARE CENTER, INC.,
    Defendants.

---

ORDER GRANTING SERVICE OF SECOND AMENDED COMPLAINT

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Second Amended Complaint (doc. # 60). Pursuant to the Order of Reference dated January 9, 2007 (doc. # 10), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . . ." On December 11, 2006, the court granted Plaintiff Russ leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 5). It is now

ORDERED that, as appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants named in the Second Amended Complaint (Baptist Homes Association of the Rocky Mountains, Inc. and Mountain Vista Health Care Center, Inc.). (*See* doc. # 60). If the Clerk is unable to obtain a waiver of service, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, the Defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 30th day of November, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02407-PSF-CBS

Napoleon H. Russ
9715 Ridge Rd.
Arvada, CO 80002

US Marshal Service
Service Clerk
Service forms for: Baptist Homes Association of the Rocky Mountains, Inc., and Mountain Vista Health Care Center, Inc

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Baptist Homes Association of the Rocky Mountains, Inc., and Mountain Vista Health Care Center, Inc: SECOND TITLE VII COMPLAINT FILED 11/30/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _12-3-07_.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk