IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02407-EWN-CBS

NAPOLEON H. RUSS,
    Plaintiff,
v.

BAPTIST HOME ASSOCIATION OF THE ROCKY MOUNTAINS, INC., and
MOUNTAIN VISTA HEALTH CARE CENTER, INC.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Russ' "Response to Plaintiff's 'Dismissal of Title VII, Civil Rights Act -- 1964 Complaint' " (filed February 22, 2008) (doc. # 77) (docketed by the Clerk of the Court as "Motion to Enter Name to Volunteer Attorneys Listing, to Challenge Scheduling Order, and to Amend Plaintiff's Title VII Complaint"). Pursuant to the Order of Reference dated January 9, 2007 (doc. # 10) and the memorandum dated February 25, 2008 (doc. # 78), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Russ' motion, the entire case file and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Russ by

1

placing this case on the list of cases for which counsel may choose to volunteer.

Accordingly, IT IS ORDERED that:

1. Mr. Russ' "Response to Plaintiff's 'Dismissal of Title VII, Civil Rights Act -- 1964 Complaint' " (filed February 22, 2008) (doc. # 77) (docketed by the Clerk of the Court as "Motion to Enter Name to Volunteer Attorneys Listing, to Challenge Scheduling Order, and to Amend Plaintiff's Title VII Complaint") is GRANTED IN PART AND DENIED IN PART.

2. Mr. Russ' "Motion to Enter Name to Volunteer Attorneys Listing" is GRANTED. The court directs that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer. The court hereby advises Mr. Russ that this Order does not guarantee that a lawyer will volunteer to represent him. Mr. Russ must continue to proceed *pro se* as necessary.

3. Mr. Russ' "Motion . . . to Challenge Scheduling Order . . ." is DENIED, as no Scheduling Order has yet been entered by the court.

4. Mr. Russ' "Motion . . . to Amend Plaintiff's Title VII Complaint" is DENIED without prejudice, with leave to raise it at the future status conference.

5. A status conference shall be held on **Wednesday May 21, 2008 at 9:15 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th St. Denver, Colorado.

DATED at Denver, Colorado, this 25th day of February, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge