# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-02407-EWN-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  June 18, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| NAPOLEON H. RUSS, | Jeffrey B. Klaus |
| **Plaintiff,** | |
| v. | |
| BAPTIST HOME ASSOCIATION OF THE ROCKY MOUNTAINS, INC., *et al.,* | Paul D. Godec |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     9:18 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** The Motion Objecting to Defendants Requests of Production [filed January 25, 2008; doc. 68] is denied without prejudice for the reasons stated on the record.

<u>**SETTLEMENT CONFERENCE**</u>  is set for **July 17, 2008 at 9:30 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

HEARING CONCLUDED.

**Court in recess:      9:30 a.m.**
Total time in court:    00:12